1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11  ERNEST LEE TURNER,                    )  Case No. EDCV 16-1524 SVW(JC)
                                          )
12           Petitioner,                  )
                                          )
13           v.                           )  JUDGMENT
                                          )
14  THE STATE OF CALIFORNIA,              )
                                          )
15                                        )
             Respondent.                  )
16  _____     )

17
18      Pursuant to this Court's Order Dismissing Petition for Writ of Habeas

19  Corpus without Prejudice to the Extent It Challenges the State Judgment, IT IS

20  ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without

21  prejudice to the extent it challenges the state judgment in Riverside County

22  Superior Court Case No. RIF111528.

        IT IS SO ADJUDGED.
23

24
        DATED: July 21, 2016
25

26
                                    _____
27
                                    HONORABLE STEPHEN V. WILSON
28                                  UNITED STATES DISTRICT JUDGE